```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                              Case No. 18-41418-nhl
Carlos D Cruz                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: cteutonic           Page 1 of 1         Date Rcvd: Jun 07, 2018
                              Form ID: 305              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db              Carlos D Cruz,    827 Rossville Ave,    Staten Island, NY  10309-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Carlos D Cruz kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com
                                                                                              TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Carlos D Cruz** | Social Security number or ITIN **xxx–xx–8394** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | Date case filed for chapter **7   3/14/18** |
| Case number:   **1–18–41418–nhl** | |

# NOTICE OF HEARING ON REAFFIRMATION AGREEMENT(S)

**NOTICE IS HEREBY GIVEN THAT:**

A hearing concerning a reaffirmation agreement (or agreements) of the kind specified in § 524 of the Bankruptcy Code, will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on July 25, 2018 at 03:00 PM at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3577 – 3rd Floor, Brooklyn, NY 11201–1800**

A hearing to approve the reaffirmation agreement(s) is required.

Attendance at the hearing by the Debtor and counsel, if any, is required. Failure by the debtor to appear will result in disapproval by the court of the subject agreements(s).

Dated: June 7, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**reafargt2.jsp** [Notice of Hearing on Reaffirmation Agreement rev. 02/01/17]