```
                             United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                  Case No. 18-41418-nhl
Carlos D Cruz                                                           Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: ahoward                Page 1 of 1                  Date Rcvd: Aug 03, 2018
                               Form ID: 320                 Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db             Carlos D Cruz,    827 Rossville Ave,    Staten Island, NY  10309-1707
smg           +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Aug 03 2018 18:31:03
                NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 03 2018 18:30:42
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Carlos D Cruz kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
                                                                                              TOTAL: 4
```

| Information to identify the case: | |
|---|---|
| Debtor 1  **Carlos D Cruz** | Social Security number or ITIN  **xxx–xx–8394** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **7   3/14/18** |
| Case number:   **1–18–41418–nhl** | |

# NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT**:

The hearing on the debtor's reaffirmation agreement with creditor State Farm Bank, FSB c/o Twenty−One Eighty−Five, LLC has been adjourned from July 25, 2018 at 3:00 P.M. to October 3, 2018 at 3:00 P.M., The Debtor and Debtor's attorney of record, Kevin B. Zazzera are required to appear at the adjourned hearing.

Dated: August 3, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLbcn1** [Blank Creditors Notice rev. 02/01/17]