UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Carlos D Cruz,

                   Debtor.
-----------------------------------------------------------x

Chapter 7

Case No. 18-41418-nhl

## ORDER DIRECTING APPEARANCES AT ADJOURNED HEARING

      WHEREAS, on March 14, 2018, Carlos D Cruz (the "Debtor") filed a voluntary petition under chapter 7 of the Bankruptcy Code; and

      WHEREAS, on June 6, 2018, a Reaffirmation Agreement between the Debtor and Creditor State Farm Bank, FSB C/O Twenty-One Eighty-Five, L.L.C. was filed; and

      WHEREAS, on July 25, 2018, a hearing on the Reaffirmation Agreement was held, at which there was no appearance by or on behalf of the Debtor, and which hearing was adjourned to October 3, 2018; and

      WHEREAS, on August 3, 2018, the Court issued a *Notice of Required Appearance of Debtor and Counsel* at the adjourned hearing; and

      WHEREAS, on October 3, 2018, the Court held an adjourned hearing on the Reaffirmation Agreement, at which the Debtor and Debtor's counsel failed to appear, and which hearing was further adjourned to December 18, 2018;

      NOW, THEREFORE, upon the record the proceedings had herein, it is hereby

      **ORDERED**, that the **Debtor and Debtor's counsel, Kevin B Zazzera**, shall each personally appear at the adjourned hearing on <u>**December 18, 2018 at 3:30 p.m.**</u>



Dated: October 14, 2018
      Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**