# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: mmendieta | Date Created: 10/15/2018 |
| Case: 1−18−41418−nhl | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
aty    Kevin B Zazzera    kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Carlos D Cruz    827 Rossville Ave    Staten Island, NY 10309−1707

TOTAL: 1